FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

No. 04-09-00403-CV

**THE CITY OF SAN ANTONIO**,
Appellant/Cross-Appellee

v.

**KOPPLOW DEVELOPMENT, INC.**,
Appellee/Cross-Appellant,

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2004-CI-08167
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

The court withdraws its order dated July 8, 2013 and issues this order in its place.

In an opinion decided on March 8, 2013, the Supreme Court of Texas reversed our judgment in this appeal, and remanded the case to this court "for further proceedings consistent with this opinion," specifically, to consider "Kopplow's cross-appeal point that the trial court erred in excluding some of the evidence of the cost of the fill." *Kopplow Development, Inc. v. City of San Antonio*, No. 11-0104, 2013 WL 854320, at *7 (Tex. Mar. 8, 2013). The mandate was issued on June 21, 2013. Accordingly, the parties may file amended briefs on the remanded issue if they so desire. The cross-appellant's amended brief, if any, is due **within thirty (30) days** from the date of this order. The cross-appellee's amended brief will be due thirty (30) days after the cross-appellant's amended brief is filed in this court. If either party chooses not to file an amended brief, the party is ORDERED to promptly notify the court of such fact.

It is so ORDERED on this 16th day of July, 2013.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

